IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 2:21-cr-00472-RMG |
| ) | |
| vs. ) | |
| ) | |
| AMY PINCKNEY ) | |

## MOTION FOR PRELIMINARY ORDER OF FORFEITURE
## AS TO AMY PINCKNEY

Pursuant to Fed. R. Crim. P. 32.2(b), the United States of America, by and through its undersigned Assistant United States Attorney, Carrie Fisher Sherard, moves this Court for the entry of a Preliminary Order of Forfeiture as to Amy Pinckney, ("Pinckney", "Defendant"), based on the defendant's conviction of health care fraud, in violation of Title 18, United States Code, Section 1347.

The Government further requests that such order be entered by this Court sufficiently in advance of sentencing to permit time for the Government and the Defendant to suggest revisions or modifications. Fed. R. Crim. P. 32.2(b)(2)(B) ("Unless doing so is impractical, the court must enter the preliminary order sufficiently in advance of sentencing to allow the parties to suggest revisions or modifications before the order becomes final as to the defendant under Rule 32.2(b)(4).")

[SIGNATURE PAGE TO FOLLOW]

1

Respectfully submitted,

M. RHETT DEHART
ACTING UNITED STATES ATTORNEY

By:  *s/Carrie Fisher Sherard*
   Carrie Fisher Sherard #10134
   Assistant United States Attorney
   55 Beattie Place, Suite 700
   Greenville, SC 29601
   (864) 282-2100

September 9, 2021