IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. 2:21-0472-RMG-1 |
| Plaintiff, | ) |
| vs. | ) |
| AMY PINCKNEY, | ) |
| Defendant, | ) |
| and | ) |
| ACOSTA GROUP, | ) |
| Garnishee. | ) |

## ORDER TO RELEASE GARNISHMENT LIEN

This matter is before the Court upon motion of the government to release the garnishment lien issued against the non-exempt earnings of Defendant Amy Pinckney ("Defendant"). After reviewing the facts of this case, it appears to this Court as follows:

1.      An Application for Writ of Continuing Garnishment, pursuant to 28 U.S.C. § 3205, was filed by the United States of America on June 18, 2026. Dkt. No. 44. The Court granted the Application by Order dated June 22, 2026 (Dkt. No. 45), and the Writ of Continuing Garnishment was issued on June22, 2026 (Dkt. No. 46) and served upon the garnishee, Acosta Group, on June 29, 2026.

2.      On July 13, 2026, Garnishee filed an Answer and Exhibit "A" (Dkt. No. 51) which informed the government that Defendant had no non-exempt earnings subject to garnishment.

2

IT IS THEREFORE ORDERED that the garnishment lien issued and filed against the property of Defendant Amy Pinckney, imposed by a Writ of Continuing Garnishment issued June 22, 2026, is hereby released.

s/ Richard Mark Gergel
UNITED STATES DISTRICT JUDGE

Charelston, South Carolina

July 20, 2026